IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**CURTIS M REHM**                                                                                      PLAINTIFF

       v.           Civil No. 06-3021

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration                                                                DEFENDANT

## O R D E R

Now on this 19th day of April, 2007, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #10), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, the decision of the Commissioner in this matter is **affirmed**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE